**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**CENTRAL** District of **CALIFORNIA**
(State)

Case number (If known): _____ Chapter **11**


FILED
OCT 14 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Stonewood Homes LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    3 2 - 0 4 6 4 7 9 4

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 22   Larchwood | |
   | Number  Street | Number  Street |
   | | P.O. Box |
   | Irvine    CA    92602 | |
   | City      State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Orange | 1700   E. Ocean Blvd. |
   | County | Number   Street |
   | | Newport Beach  CA   92661 |
   | | City    State    ZIP Code |

5. **Debtor's website (URL)**    None

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Stonewood Homes LLC**  Case number (if known) _____
             Name

6. **Type of debtor**

    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☒ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
    **2361** __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ☐ Chapter 7
    ☐ Chapter 9
    ☒ Chapter 11. *Check all that apply:*

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

Debtor  **Stonewood Homes, LLC**    Case number (if known) _____
　　　　　Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

　■ No
　☐ Yes. District _____ When __/__/____ Case number _____
　　　　　　　　　　　　　　　　MM / DD / YYYY
If more than 2 cases, attach a separate list.
　　　　　District _____ When __/__/____ Case number _____
　　　　　　　　　　　　　　　　MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

　■ No
　☐ Yes. Debtor _____ Relationship _____
　　　　　District _____ When __/__/____
　　　　　　　　　　　　　　　MM / DD / YYYY
List all cases. If more than 1, attach a separate list.
　　　　　Case number, if known _____

11. **Why is the case filed in *this district*?**

Check all that apply:

　■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

　☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

　■ No
　☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

　☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

　☐ It needs to be physically secured or protected from the weather.

　☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

　☐ Other _____

**Where is the property?** 1700 E. Ocean Blvd.
　　　　　　　　　　　　　Number　　Street

Newport Beach　　　　　　　　　　　CA  92661
City　　　　　　　　　　　　　　　　State ZIP Code

**Is the property insured?**
　☐ No
　■ Yes. Insurance agency  Cumbre Insurance Services LLC
　　　Contact name  Erica Medina
　　　Phone  909-291-4891

**Statistical and administrative information**

Debtor  **Stonewood Homes LLC**                                       Case number (if known) _____
         Name

---

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 14 / 2020
         MM / DD / YYYY

X _/s/ Jodi DiTolla_                                    Jodi DiTolla
Signature of authorized representative of debtor        Printed name

Title  Managing Member

Debtor  Stonewood Homes LLC
        Name

Case number (if known)_____

18. **Signature of attorney**

X _(signature)_
Signature of attorney for debtor

Date 10/14/2020
   MM / DD / YYYY

WILLIAM J. KING
Printed name

THE WJK LAW FIRM, PC
Firm name

5151 CALIFORNIA AVE., STE 100
Number   Street

IRVINE                                      CA    92617
City                                       State  ZIP Code

844-487-8784                    wking@wjklawfirm.com
Contact phone                    Email address

199908                                      CA
Bar number                                   State

Fill in this information to identify the case:

Debtor name: Stonewood Homes LLC

United States Bankruptcy Court for the: CENTRAL District of CA
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dale's Plumbing<br>4262 Warwick Ct.<br>Hemet, CA 92544 | Dagoberto Leyva<br>951-216-5330<br>daleplumbing66@gmail.com | Professional Services | Unliquidated | | | $48,240 |
| 2 | John Shetron<br>316 Carnation<br>Corona Del Mar, CA 92625 | John Shetron<br>johnshetron@gmail.com | Private Loan | Unliquidated | | | $562,342 |
| 3 | Barry Sherer Construction Management<br>1980 E. 16th St., P103<br>Newport Beach, CA 92663 | Barry Sherer<br>(626)483-5096 | Professional Services | Unliquidated | | | 54,250 |
| 4 | Air Max, Inc.<br>27260 Los Altos, #123<br>Mission Viejo, CA 92691 | Max Mirshahzadeh<br>949-468-9999<br>maxhvac_oc@yahoo.com | Professional Services | Unliquidated | | | $52,1432 |
| 5 | Advanced Kitchen and Glass<br>8681 Katella Ave., #969<br>Stanton, CA 90680 | Robert Fillerup<br>(714)501-5354<br>advkitbath@gmail.com | Professional Services | Unliquidated | | | $41,240 |
| 6 | Integrity Kitchen Designs<br>2048 W. Broadway<br>Anaheim, CA 92804 | Frank Oliviero<br>714-553-5010<br>integritykitchendesigns05@yahoo.com | Professional Services | Unliquidated | | | $52,163 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **Stonewood Homes LLC**  Case number (*if known*)
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim - If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. |||
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Civic Financial Services
2015 Manhattan Beach Blvd.
Redondo Beach, CA 90278


FCI Lender Services Inc
PO Box 27378
Anaheim, CA 92809-0112


Orange County Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438


All Seasons Insulation
636 South "I" St.
San Bernardino, CA 92410


Air Max, Inc.
27260 Los Altos #123
Mission Viejo, CA 92691


Integrity Kitchen Designs
2048 W. Boadway
Anaheim, CA 92804


Barry Sherer
Construction Management
1980 E. 16th St., P103
Newport Beach, CA 92663

Advanced Kitchen and Glass
8681 Katella Ave., #969
Stanton, CA  90680

John Shetron
316 Carnation
Corona Del Mar, CA 92625