PETER C. ANDERSON
United States Trustee
Frank Cadigan (State Bar No. 95666)
Assistant U.S. Trustee
Ronald Reagan Federal Building & U.S. Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:  Frank.Cadigan@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**Stonewood Homes, LLC**<br><br><br><br><br><br><br>Debtor | CASE NUMBER:  8:20-bk-12881-ES<br><br>CHAPTER 11<br><br>NOTICE OF MOTION AND MOTION BY UNITED STATES TRUSTEE TO DISMISS OR CONVERT CASE TO CHAPTER 7 PURSUANT TO 11 U.S.C.§1112(b); DECLARATIONS OF MARILYN S. SORENSEN AND ALIKA SHOVER IN SUPPORT THEREOF; POINTS AND AUTHORITIES<br><br><br>DATE:    December 17, 2020<br>TIME:    10:30 a.m.<br>CTRM:    5A |

**TO THE HONORABLE ERITHE A. SMITH, DEBTOR, DEBTOR'S COUNSEL, AND**

**PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that on the above date and time and in the indicated

courtroom, the United States Trustee for Region 16 (hereafter "U.S. Trustee) will move and does

hereby move this Court for an Order dismissing this case or converting it to one under Chapter 7

on the grounds set forth below.

If you wish to oppose this Motion, you must **file a written response** with the Bankruptcy Court and serve a copy of it upon the U.S. Trustee at the address set forth in the upper left-hand corner of this document, upon the Debtor **no less than fourteen (14) days** prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. *See Local Bankruptcy Rule 9013-1(f) and (h).*

**Please be advised that because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology.  Information on how to participate in the hearing using ZoomGov is provided on in this notice.**

1. Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge using the following information:

   - **Video/audio web address:** https://cacb.zoomgov.com/j/1619221797
   - **ZoomGov meeting number:** 161 922 1797
   - **Password:** 111275
   - **Telephone conference lines:** 1 (669) 254 5252 or 1 (646) 828 7666

2. For more information on appearing before Judge Smith by ZoomGov, please see the "Notice of Video and Telephonic Appearance Procedures for Judge Erithe A. Smith's Cases" on the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-erithe-smith under the "Telephonic Instructions" section.


Respectfully Submitted,

OFFICE OF THE UNITED STATES TRUSTEE

Dated: November 9, 2020          ***/s/ Frank Cadigan***
Frank Cadigan
Attorney for the U.S. Trustee

# I.
## *INTRODUCTION*

Stonewood Homes, LLC[1] filed a skeletal, voluntary Chapter 11 petition on October 14, 2020.  The Debtor checked the box identified as a Small Business Debtor.  The Debtor has not complied with any of the U.S. Trustee requirements. For this reason, the U.S. Trustee is seeking to dismiss this case or convert the case to one under Chapter 7, pursuant to 11 U.S.C. §1112 (b)(4)(H).

# II.
## *STATEMENT OF FACTS*

### A.  Filing of Chapter 11 Case

On October 14, 2020 Stonewood Homes, LLC filed this skeletal Chapter 11 case, which is assigned case number 8:20-bk-12881-ES. **See Docket at Exhibit "A" at bates stamp page 001**.  According to the petition, the principal assets are located at 1700 E. Ocean Blvd., Newport Beach, California, 92661.  **See Petition at Exhibit "B" bates stamp page 006.** The petition indicates the Debtor is a Small Business case (not a Subchapter V case).  **See Exhibit "B", bates stamp page 007.** The Debtor's Schedules indicate the following:

*The assets include:*
1. *Real Property located at 1700 E. Ocean Blvd. Newport Beach valued at $3,750,000[2]*
2. *Personal Property valued at $27,000*

*The liabilities include:*
1. *A First lender mortgage (Civic Financial) of $2,930,199*
2. *A Second lender mortgage (FCI) of $920,000*
3. *OC Property Taxes of $67,217*
4. *Subcontractor mechanic's lien (All Seasons Insulation) of $3,861*
5. *Unsecured claims listed total $1,430,378*

---

[1] On September 23, 2020, Stonewood Luxury Homes LLC., filed a Chapter 11 Petition.  The attorney of record for Stonewood Luxury Homes was William J. King, the same attorney of record for the current Chapter 11 captioned In re: Stonewood Homes, LLC.  The Managing Member of both Stonewood Luxury Homes, LLC and Stonewood Homes LLC is Jodi DiTolla.  The principal assets of the current Debtor and former Debtor are different. On October 7, 2020, the U.S. Trustee filed a motion [Docket #11] to convert or dismiss the case of Stonewood Luxury Homes, LLC, for among other reasons failure to comply with United States Trustee guidelines, including failure to file compliance documents or attend the Initial Debtor Interview and meeting of creditors.  The Court dismissed the case on October 13, 2020 [Docket #16] for failure to file Schedules.

[2] Based on the value listed of the 1700 E. Ocean Blvd., property less the amount of secured liabilities against the property, the 1700 E. Ocean Blvd., property has an estimated negative net worth of -$171,277.00.

**See** Exhibit "C", bates stamp page 015, 019 and 020.

### B.  Debtor's Lack of Compliance with U.S. Trustee Guidelines and Requirements

Pursuant to the U.S. Trustee's Guidelines and Requirements for Chapter 11 Debtors in Possession, compliance documents in this case were due by October 21, 2020.  **See the Declaration of Marilyn S. Sorensen ("Sorensen Declaration").** To date, the Debtor has failed to provide any of the required documents including but not limited to the following documents:

1. Insurance policies including commercial general liability and fire;

2. Financial statements including a profit and loss statement and a balance sheet;

3. The global declaration attesting to various aspects of compliance;

4. A Real Property Questionnaire;

5. Proof that all pre-petition bank accounts have been closed;

6. Voided, imprinted checks from the debtor-in-possession accounts, along with the signature cards;

7. Licenses and certificates;

8. A projected cash flow statement;

9. A Major Issues and Timetable Report;

10. Recordation of Chapter 11 petition with county recorder's office;

11. A list of Insiders; and

12. Income tax returns.

### C.  An Application To Employ Counsel Has Not Been Filed

Local Bankruptcy Rule ("LBR") 2014-1(b)(1)(E) requires a timely application for employment is a prerequisite to compensation from the estates.  Therefore, an application for the employment of counsel for a debtor in possession should be filed as promptly as possible after

the commencement of the case, and an application for employment of any other professional person should be filed as promptly as possible after such person has been engaged.[3]  The case was filed on October 14, 2020.  As of November 9th, 2020, it has been 26 days since the date the petition was filed and counsel has yet to file an employment application.

### D.  11 U.S.C. §1116 Requirements Not Filed with the Court

Section 1116 imposes additional duties on the debtor in possession or trustee in a small business case.  The duties include filing certain financial information and the most recent Federal income tax return, attending certain meetings such as the initial debtor interviews and scheduling conferences, timely filing schedules and statements, maintaining customary insurance, timely filing tax returns, and permitting the United States Trustee to inspect the debtor's premises and books and records.  **See Overview of Section 1116 at *1 Collier Pamphlet Edition 2020 (Richard Levin & Henry J. Sommer eds., Matthew Bender).***

The requirement to comply with section 1116 was discussed at the Initial Debtor Interview ("IDI").  As of November 9, 2020, none of the required documents have been filed with the Court **See Sorensen Declaration.**

### III.
### *POINTS AND AUTHORITIES*

Bankruptcy Code section 1112(b)(1) provides that "on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or

---

[3] F.R.B.P. 6003 provides that except to the extent that relief is necessary to avoid immediate and irreparable harm, a court shall not, within 21 days after the filing of the petition, issue an order granting the following:  (a) an application under Rule 2014.

an examiner is in the best interests of creditors and the estate."  The bankruptcy court has broad

discretion in determining what constitutes "cause" adequate for dismissal under 11 U.S.C. §

1112(b).  *See In re Consolidated Pioneer Mortg. Entities*, 248 B.R. 368, 375 (9th Cir. B.A.P.

2000).  While section 1112(b)(4) identifies a number of factors that can constitute "cause" for

dismissal of a case, the list is not exhaustive. *Id.*

The Ninth Circuit Bankruptcy Appellate Panel recently opined in *In re Bronson*, 2013 WL

2350791 (9th Cir.BAP Ariz.) that:

> Indeed, we have held that bankruptcy courts enjoy wide latitude in determining whether
> the facts of a particular case constitute cause for conversion or dismissal under §1112(b).
> *See Pioneer Liquidating Corp. v. U.S. Trustee (In re Consol. Pioneer Mortg. Entities)*, 248
> B.R. 368, 375 (9th Cir.BAP2000), *aff'd*, 264 F.3d 803 (9th Cir.2001); *see also In re
> Greenfield Drive Storage Park*, 207 B.R. at 916. This wide latitude is driven in part by
> common sense. Having presided over the often lengthy and complex reorganization
> proceedings, the bankruptcy court has a familiarity with the parties and the issues that
> puts it in the best position to make the "cause" determination under §1112(b). In addition,
> the wide latitude afforded to bankruptcy courts is consistent with the legislative history
> accompanying §1112(b): " 'the court will be able to consider other factors as they arise,
> and to use its equitable powers to reach an appropriate result in individual cases.' " *In re
> Consol. Pioneer Mortg. Entities*, 248 B.R. at 375 (*quoting* H. Rept. No. 95–595, 95th
> Cong., 1st Sess. 405–06 (1977), reprinted in 1978 U.S.C.C.A.N. 6362).

*In re Bronson*, 2013 WL 2350791, at *8 (9th Cir.BAP Ariz.).  Here, as set forth below, the facts of

this particular case constitute cause to dismiss this case.

**(A)      Cause Exists Because The Debtor Has Not Complied With the U.S.
Trustee's Guidelines and Requirements**

Under § 1112(b)(4)(H), the term "cause" includes "failure timely to provide information or

attend meetings reasonably requested by the United States Trustee..."  Moreover, Local

Bankruptcy Rule 2015-2(a)(1) states "The debtor, the debtor in possession, or chapter 11 trustee

must timely provide the United States trustee with financial, management and operational

reports, and such other information requested by the United States trustee pursuant to the

Guidelines and Requirements for Chapter 11 Debtors in Possession as necessary to properly supervise the administration of a chapter 11 case."

As set forth above, to date, the Debtor has not complied with any of the requirements set forth in the U.S. Trustee Guidelines and Requirements. These documents were due October 21, 2020.

**(B)    Best Interest of Creditors and the Estate Test**

Once "cause" is established, the Court must dismiss the case or convert it to chapter 7, "whichever is in the best interests of creditors and the estate . . . unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors of the estate."   *See* 11 U.S.C. § 1112(b)(1) and *In re Nelson*, 343 B.R. 671, 675 (9th Cir.BAP 2006).

**(C)    A Corporation Must Be Represented by Counsel**

Local Bankruptcy Rule 9011-2(a) provides that a corporation such as the Debtor "may not file a petition or otherwise appear without counsel in any case or proceeding".  As set forth above in the statement of facts, to date, the Debtor has failed to file an application to employ counsel.

**(D)   "Unusual Circumstances" Test**

As noted above, when the court finds "cause" to dismiss or convert a chapter 11 case, the court must first decide whether dismissal, conversion, or the appointment of a trustee or examiner is in the best interests of creditors and the estate.  The court, however, may not convert or dismiss a case if there exist "unusual circumstances" that establish dismissal or conversion is not in the best interests of creditors and the estate. *See* 11 U.S.C. §1112(b)(2). The debtor bears the burden of proving the "unusual circumstances." *In re Sanders*, 2013 WL 1490971, at *7 (9th Cir. BAP Apr. 11, 2013) (*citing In re Orbit Petroleum, Inc.*, 395 B.R. 145, 148 (Bankr.D.N.M 2008)).

## IV
### *CONCLUSION*

For the forgoing reasons, the U.S. Trustee respectfully requests as follows:

A.    That this Court grant the U.S. Trustee's motion herein and dismiss this case or convert it to Chapter 7;

B.    That this Court order such other and further relief as it deems appropriate under the circumstances.

Respectfully Submitted,

OFFICE OF THE UNITED STATES TRUSTEE

Dated: November 9, 2020          /s/ Frank Cadigan
Frank Cadigan
Attorney for the U.S. Trustee

//

//

### DECLARATION OF MARILYN S. SORENSEN

I, Marilyn S. Sorensen, hereby declare as follows:

1.  I am employed by the Office of the U.S. Trustee as a Bankruptcy Analyst for the Santa Ana Division Office.  My duties and responsibilities include the review and analysis of Chapter 11 cases including the case of *In re Stonewood LLC*, case number 8:10-bk-12881-ES.  The facts stated herein are within my personal knowledge and if called upon to testify to the same I could and would testify competently thereto. This declaration is filed in support of the United States Trustee's Notice of Motion and Motion to Dismiss Chapter 11 Case Or Convert It To Chapter 7 Pursuant to 11 U.S.C. § 1112(b) in case number 8:20-bk-12881-ES.

2.  On October 14, 2020, Stonewood Homes, LLC filed this skeletal Chapter 11 case, which is assigned case number 8:20-bk-12881-ES. **See Docket at Exhibit "A" at bates stamp page 001**.  According to the petition, the principal assets are located at 1700 E. Ocean Blvd., Newport Beach, California, 92661. **See Petition at Exhibit "B" bates stamp page 006.** The petition indicates the Debtor is a Small Business case (not a Subchapter V case). **See Exhibit "B", bates stamp page 007.** Other than what appears in the Petition, Schedules and Statement of Financial Affairs, the United States Trustee has no other information regarding the Debtor's business, its operations, debt structure or the Debtor's plan to reorganize.  The Debtor's Schedules indicate the following:

*The assets include:*

*1. Real Property located at 1700 E. Ocean Blvd. Newport Beach valued at $3,750,000[4]*

*2. Personal Property valued at $27,000*

*The liabilities include:*

*a.  A First lender mortgage (Civic Financial) of $2,930,199*

*b.  A Second lender mortgage (FCI) of $920,000*

---

[4] Based on the value listed of the 1700 E. Ocean Blvd., property less the amount of secured liabilities against the property, the E. Ocean Blvd., property has an estimated negative net worth of -$171,277.00.

     c.  *OC Property Taxes of $67,217*

     d.  *Subcontractor mechanic's lien (All Seasons Insulation) of $3,861*

     e.  *Unsecured claims listed total $1,430,378*

     <u>See</u> **Exhibit "C", bates stamp page 015, 019 and 020.**

3.  Pursuant to the U.S. Trustee's Guidelines and Requirements for Chapter 11 Debtors in Possession, compliance documents in this case were due by October 21, 2020.   To date, the Debtor has failed to provide any of the required documents including but not limited to the following documents:

    a.  Insurance policies including commercial general liability and fire;

    b.  Financial statements including a profit and loss statement and a balance sheet;

    c.  The global declaration attesting to various aspects of compliance;

    d.  A Real Property Questionnaire;

    e.  Proof that all pre-petition bank accounts have been closed;

    f.  Voided, imprinted checks from the debtor-in-possession accounts, along with the signature cards;

    g.  Licenses and certificates;

    h.  A projected cash flow statement;

        i.  A Major Issues and Timetable Report;

    j.  Recordation of Chapter 11 petition with county recorder's office;

    k.  A list of insiders; and

    l.  Income tax returns.

//

//

4.  I conducted the Initial Debtor Interview ("IDI") on October 20, 2020.  In attendance at the IDI were Debtor's proposed counsel and the Managing Member of the Debtor, Jodi DiTolla. We discussed the §1116 requirements and the fact that they were due seven (7) days after the filing date.  According to the Court docket, of today's date, the §1116 documents have not been filed with the Court.

I declare under penalty of perjury and under the laws of the State of California and the United States of America that the foregoing is true and correct, and if called as a witness I could and would completely testify thereto.  Executed this 9th day of November 2020 at Santa Ana, California.

Marilyn S. Sorensen
Bankruptcy Analyst

//

//

//

## **DECLARATION OF ALIKA SHOVER**

I, Alika Shover, declare as follows:

I am a contract paralegal specialist with United States Department of Justice and assigned to the Santa Ana, California Divisional Office.  I make this declaration upon my own personal knowledge.

1. Pursuant to instructions I received from my supervisor, on October 29, 2020, I sent an email to William King, the attorney of record for the Chapter 11 Debtor Sherwood Homes, LLC. In the email Mr. King was informed that compliance documents were due to the Office of the United States by October 21, 2020, and as of October 29th they had not been received.  I informed Mr. King that his client had until November 3, 2020 to comply with United States Trustee requirements and submit to the Office of the United States Trustee all compliance documents.

2. On November 2, 2020, Mr. King responded to the October 29th email by informing our office that he had filed a motion to extend time to file schedules, however no compliance documents were submitted.

3. As of November 10, 2020, the Office of the Office of the United States Trustee has received no compliance documents from the Debtor.

I declare under penalty of perjury that the foregoing is true and correct and if called as a witness I would and could competently testify thereto.

Executed this 10th day of November 2020 at Temecula, California.

_____
Alika Shover

EXHIBIT A

CM/ECF - U.S. Bankruptcy Court (v5.2.1 - LIVE)                                    Page 1 of 5

**PlnDue, DsclsDue**

## U.S. Bankruptcy Court
### Central District of California (Santa Ana)
### Bankruptcy Petition #: 8:20-bk-12881-ES

*Date filed:* 10/14/2020
*341 meeting:* 11/13/2020

*Assigned to:* Erithe A. Smith
Chapter 11
Voluntary
Asset

| | |
|---|---|
| **Debtor**<br>**Stonewood Homes LLC**<br>22 Larchwood<br>Irvine, CA 92602<br>ORANGE-CA<br>Tax ID / EIN: 32-0464794 | represented by **William J King**<br>The WJK Law Firm, PC<br>5151 California Ave Ste 100<br>Irvine, CA 92617<br>844-487-8784 |
| **U.S. Trustee**<br>**United States Trustee (SA)**<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593<br>(714) 338-3400 | represented by **Frank Cadigan**<br>411 W 4th St Ste 7160<br>Santa Ana, CA 92701<br>714-338-3405<br>Fax : 714-338-3421<br>Email: frank.cadigan@usdoj.gov |

| Filing Date | # | Docket Text |
|---|---|---|
| 10/14/2020 | <u>1</u><br>(11 pgs; 3 docs) | Chapter 11 Voluntary Petition Non-Individual. Fee Amount $1717 Filed by Stonewood Homes LLC List of Equity Security Holders due 10/28/2020. Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 10/28/2020. Schedule A/B: Property (Form 106A/B or 206A/B) due 10/28/2020. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 10/28/2020. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 10/28/2020. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 10/28/2020. Schedule H: Your Codebtors (Form 106H or 206H) due 10/28/2020. Declaration Under Penalty of Perjury for Non-Individual Debtors (Form 202) due 10/28/2020. Statement of Financial Affairs (Form 107 or 207) due 10/28/2020. Corporate Resolution Authorizing Filing of Petition due 10/28/2020. |

**EXHIBIT "A"**

001

CM/ECF - U.S. Bankruptcy Court (v5.2.1 - LIVE)                                    Page 2 of 5

|  |  |  |
|---|---|---|
|  |  | Corporate Ownership Statement (LBR Form F1007-4) due by 10/28/2020. Statement of Related Cases (LBR Form F1015-2) due 10/28/2020. Disclosure of Compensation of Attorney for Debtor (Form 2030) due 10/28/2020. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 10/28/2020. Incomplete Filings due by 10/28/2020. Chapter 11 Plan due by 2/11/2021. Disclosure Statement due by 2/11/2021. (Law, Tamika) (Entered: 10/14/2020) |
| 10/14/2020 | 2 (2 pgs) | Order Setting Scheduling And Case Management Conference On December 02, 2020 at 10:00 A.M., Courtroom 5B Via Zoom Meeting, 411 W. Fourth St., Santa Ana, CA 92701 (BNC-PDF) (Related Doc # 1 ) Signed on 10/14/2020 (Deramus, Glenda) (Entered: 10/14/2020) |
| 10/14/2020 | 3 | Hearing Set (RE: related document(s)1 Voluntary Petition (Chapter 11) filed by Debtor Stonewood Homes LLC) Status hearing to be held on 12/2/2020 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (Deramus, Glenda) (Entered: 10/14/2020) |
| 10/14/2020 |  | Receipt of Chapter 11 Filing Fee - $1717.00 by 08. Receipt Number 80075197. (admin) (Entered: 10/14/2020) |
| 10/15/2020 |  | Judge Erithe A. Smith added to case, per low number case, 8:20-bk-12661-ES. Per TA chambers. Involvement of Judge Theodor Albert Terminated (Corona, Heidi) (Entered: 10/15/2020) |
| 10/15/2020 | 4 (1 pg) | Notice of reassignment of case (BNC) (Corona, Heidi) (Entered: 10/15/2020) |
| 10/15/2020 | 5 (4 pgs) | Order: (1) Setting Hearing on Status of Chapter 11 Case; and (2) Requiring Report on Status of Chapter 11 Case (Hearing: 12/3/2020 at 10:30 am, Courtroom 5A) (BNC-PDF) (Related Doc # 1 ) Signed on 10/15/2020 (Duarte, Tina) (Entered: 10/15/2020) |
| 10/15/2020 | 6 | Hearing Set (related document # 1). Status Conference hearing on Status of Chapter 11 Case; and (2) Requiring Report on Status of Chapter 11 Case to be held on 12/3/2020 at 10:30 AM at Crtrm |

| | | |
|---|---|---|
| | | 5A, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Erithe A. Smith (Duarte, Tina) (Entered: 10/15/2020) |
| 10/16/2020 | <u>7</u> (2 pgs) | BNC Certificate of Notice (RE: related document(s) <u>1</u> Voluntary Petition (Chapter 11) filed by Debtor Stonewood Homes LLC) No. of Notices: 2. Notice Date 10/16/2020. (Admin.) (Entered: 10/16/2020) |
| 10/16/2020 | <u>8</u> (2 pgs) | BNC Certificate of Notice (RE: related document(s) <u>1</u> Voluntary Petition (Chapter 11) filed by Debtor Stonewood Homes LLC) No. of Notices: 2. Notice Date 10/16/2020. (Admin.) (Entered: 10/16/2020) |
| 10/16/2020 | <u>9</u> (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>2</u> Order (Generic) (BNC-PDF)) No. of Notices: 2. Notice Date 10/16/2020. (Admin.) (Entered: 10/16/2020) |
| 10/17/2020 | <u>10</u> (3 pgs) | BNC Certificate of Notice (RE: related document(s) <u>4</u> Notice of reassignment of case (BNC)) No. of Notices: 9. Notice Date 10/17/2020. (Admin.) (Entered: 10/17/2020) |
| 10/17/2020 | <u>11</u> (5 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)<u>5</u> Order (Generic) (BNC-PDF)) No. of Notices: 2. Notice Date 10/17/2020. (Admin.) (Entered: 10/17/2020) |
| 10/19/2020 | <u>12</u> (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Cox, Seth. (Cox, Seth) (Entered: 10/19/2020) |
| 10/20/2020 | <u>13</u> (2 pgs) | Meeting of Creditors 341(a) meeting to be held on 11/13/2020 at 11:00 AM at UST-SA1, TELEPHONIC MEETING. CONFERENCE LINE:1-866-919-0527, PARTICIPANT CODE:2240227. (Corona, Heidi) (Entered: 10/20/2020) |
| 10/21/2020 | <u>14</u> (5 pgs) | Addendum to voluntary petition to Amend Item #8 of the Voluntary Petition. Filed by Debtor Stonewood Homes LLC . (Nguyen, Vi) (Entered: 10/21/2020) |
| 10/21/2020 | <u>15</u> (69 pgs) | Statement Re: Filing/Unavailable Documents 11 USC Section 1116(1)(B) Filed by Debtor Stonewood |

**EXHIBIT "A"**

| | | Homes LLC . (Deramus, Glenda) (Entered: 10/21/2020) |
|---|---|---|
| 10/22/2020 | 16 (4 pgs) | BNC Certificate of Notice (RE: related document(s) 13 Meeting of Creditors Chapter 11 (Corporations or Partnerships) (309F1)) No. of Notices: 9. Notice Date 10/22/2020. (Admin.) (Entered: 10/22/2020) |
| 10/23/2020 | 17 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Phillips, Martin. (Phillips, Martin) (Entered: 10/23/2020) |
| 10/27/2020 | 18 (10 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information, and/or Case Opening Documents); Filed by Debtor Stonewood Homes LLC (Duarte, Tina) (Entered: 10/27/2020) |
| 10/28/2020 | 19 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Campbell, Greg. (Campbell, Greg) (Entered: 10/28/2020) |
| 10/28/2020 | 20 (1 pg) | Order RE Motion To Extend Deadline to File Case Commencement Documents - The Motion is GRANTED and the new deadline to file case commencement documents is November 4, 2020. No further extensions will be granted. (BNC-PDF) (Related Doc # 18) Signed on 10/28/2020 (Daniels, Sally) (Entered: 10/28/2020) |
| 10/30/2020 | 21 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)20 Order on Motion to Extend Deadline to File Schedules and/or Plan (Case Opening Documents - All Chapters) (BNC-PDF)) No. of Notices: 2. Notice Date 10/30/2020. (Admin.) (Entered: 10/30/2020) |
| 11/03/2020 | 22 (28 pgs) | Schedule A/B Non-Individual: Property (Official Form 106A/B or 206A/B) , Schedule G Non-Individual: Executory Contracts and Unexpired Leases (Official Form 106G or 206G) , Schedule H Non-Individual: Your Codebtors (Official Form 106H or 206H) , Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) , Statement of Financial Affairs for Non-Individual Filing for Bankruptcy (Official Form 107 or 207) , Disclosure of Compensation of Attorney for Debtor (Official Form 2030) , Verification of Master Mailing List of Creditors (LBR Form F1007-1) Filed |

**EXHIBIT "A"**

| | | |
|---|---|---|
| | | by Debtor Stonewood Homes LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Shimizu, Tina) (Entered: 11/03/2020) |
| 11/03/2020 | 23 (2 pgs) | Statement of Corporate Ownership filed. Filed by Debtor Stonewood Homes LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Shimizu, Tina) (Entered: 11/03/2020) |
| 11/04/2020 | 24 (13 pgs) | Summary of Assets and Liabilities for for Non-Individual (Official Form 106Sum or 206Sum) , Statement of Related Cases (LBR Form 1015-2.1) , Corporate resolution authorizing filing of petitions , List of Equity Security Holders , Schedule D for Non-Individual: Creditors Who Have Claims Secured by Property (Official Form 106D or 206D) , Schedule E/F for Non-Individual: Creditors Who Have Unsecured Claims (Official Form 106F or 206F) , Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) Filed by Debtor Stonewood Homes LLC (RE: related document(s)1 Voluntary Petition (Chapter 11)). (Shimizu, Tina) (Entered: 11/04/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/06/2020 13:30:32 | | | |
| **PACER Login:** | du0130:2740718:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:20-bk-12881-ES Fil or Ent: filed To: 11/6/2020 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

**EXHIBIT "A"**    005

EXHIBIT B

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

__CENTRAL__ District of __California__
                              (State)

Case number (*If known*): _____ Chapter __11__



FILED

OCT 1 4 2020

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Stonewood Homes LLC** |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    3 2 – 0 4 6 4 7 9 4

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **22**    **Larchwood** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Irvine**     **CA**    **92602** | |
| City     State    ZIP Code | City     State    ZIP Code |
| | Location of principal assets, if different from principal place of business |
| **Orange** | **1700**    **E. Ocean Blvd.** |
| County | Number    Street |
| | **Newport Beach  CA**    **92661** |
| | City     State    ZIP Code |

5. **Debtor's website (URL)**    *None*

# EXHIBIT "B"                                                006

Case 8:20-bk-12881-ES   Doc 1   Filed 10/14/20   Entered 10/14/20 11:43:50   Desc
Main Document      Page 2 of 9

Debtor    Stonewood Homes LLC                                    Case number (if known)_____
          Name

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | **A.** *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |
| | | **B.** *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | **C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | 2361 __ __ __ |

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☑ Chapter 11. *Check all that apply:* |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

EXHIBIT "B"                              007

Case 8:20-bk-12881-ES    Doc 1    Filed 10/14/20    Entered 10/14/20 11:43:50    Desc
Main Document    Page 3 of 9

Debtor    Stonewood Homes, LLC_____    Case number (if known)_____
        Name

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ■ No | | | |
|---|---|---|---|---|---|
| | | ☐ Yes. District _____ | When _____ | Case number _____ | |
| | If more than 2 cases, attach a separate list. | | MM / DD / YYYY | | |
| | | District _____ | When _____ | Case number _____ | |
| | | | MM / DD / YYYY | | |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No | | |
|---|---|---|---|---|
| | | ☐ Yes. Debtor _____ | Relationship _____ | |
| | List all cases. If more than 1, attach a separate list. | District _____ | When _____ | |
| | | | MM / DD / YYYY | |
| | | Case number, if known _____ | | |

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** 1700 E. Ocean Blvd.
                    Number    Street

                    _____

                    Newport Beach_____    CA 92661_____
                    City                    State ZIP Code

**Is the property insured?**

☐ No

☑ Yes. Insurance agency    Cumbre Insurance Services LLC_____

        Contact name    Erica Medina_____

        Phone    909-291-4891_____

---

**Statistical and administrative information**

EXHIBIT "B"                    008

Debtor    Stonewood Homes LLC                                      Case number (if known) _____
            ‾‾‾‾‾‾‾‾‾‾‾‾‾
            Name

| 13. Debtor's estimation of available funds | Check one: |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

☑ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000
☐ 50-99     ☐ 5,001-10,000     ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000     ☑ $1,000,001-$10 million     ☐ $500,000,001-$1 billion
☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000     ☑ $1,000,001-$10 million     ☐ $500,000,001-$1 billion
☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000     ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 /14/2020
         MM / DD / YYYY

✗ _Jodi DiTolla_ (signature)
Signature of authorized representative of debtor         Jodi DiTolla
                                           Printed name

Title  Managing Member

**EXHIBIT "B"**

009

| Debtor | Stonewood Homes LLC | Case number *(if known)* _____ |
| | Name | |

**18. Signature of attorney**       ✗ _____   Date _10/14/2020_
                                        Signature of attorney for debtor                    MM / DD / YYYY

_WILLIAM J. KING_
Printed name

_THE WJK LAW FIRM, PC_
Firm name

_5151 CALIFORNIA AVE., STE 100_
Number      Street

_IRVINE_                              _CA_    _92617_
City                                  State   ZIP Code

_844-487-8784_                        _wking@wjklawfirm.com_
Contact phone                          Email address

_199908_                              _CA_
Bar number                             State

---

# EXHIBIT "B"                                                              010

---

**Fill in this information to identify the case:**

Debtor name **Stonewood Homes LLC**

United States Bankruptcy Court for the: **CENTRAL** District of **CA**
(State)

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dale's Plumbing 4262 Warwick Ct. Hemet, CA 92544 | Dagoberto Leyva 951-216-5330 daleplumbing66@gmail.com | Professional Services | Unliquidated | | | $48,240 |
| 2 | John Shetron 316 Carnation Corona Del Mar, CA  92625 | John Shetron johnshetron@gmail.com | Private Loan | Unliquidated | | | $562,342 |
| 3 | Barry Sherer Construction Management 1980 E. 16th St., P103 Newport Beach, CA 92663 | Barry Sherer (626)483-5096 | Professional Services | Unliquidated | | | 54,250 |
| 4 | Air Max, Inc. 27260 Los Altos, #123 Mission Viejo, CA 92691 | Max Mirshahzadeh 949-468-9999 maxhvac_oc@yahoo.com | Professional Services | Unliquidated | | | $52,1432 |
| 5 | Advanced Kitchen and Glass 8681 Katella Ave., #969 Stanton, CA 90680 | Robert Fillerup (714)501-5354 advkitbath@gmail.com | Professional Services | Unliquidated | | | $41,240 |
| 6 | Integrity Kitchen Designs 2048 W. Broadway Anaheim, CA 92804 | Frank Oliviero 714-553-5010 integritykitchendesigns05@yahoo.com | Professional Services | Unliquidated | | | $52,163 |
| 7 | | | | | | | |
| 8 | | | | | | | |

EXHIBIT "B"    011

Debtor    Stonewood Homes LLC _____    Case number (if known)_____
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

EXHIBIT "B"                          012

Civic Financial Services
2015 Manhattan Beach Blvd.
Redondo Beach, CA  90278


FCI Lender Services Inc
PO Box 27378
Anaheim, CA  92809-0112


Orange County Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438


All Seasons Insulation
636 South "I" St.
San Bernardino, CA 92410


Air Max, Inc.
27260 Los Altos #123
Mission Viejo, CA 92691


Integrity Kitchen Designs
2048 W. Boadway
Anaheim, CA 92804


Barry Sherer
Construction Management
1980 E. 16th St., P103
Newport Beach, CA 92663


# EXHIBIT "B"                    013

Advanced Kitchen and Glass
8681 Katella Ave., #969
Stanton, CA  90680


John Shetron
316 Carnation
Corona Del Mar, CA 92625

EXHIBIT C

| Fill in this information to identify the case: |
| --- |
| Debtor name **STONEWOOD HOMES, LLC** |
| United States Bankruptcy Court for the: **CENTRAL** District of **CA** (State) |
| Case number (if known): **8:20-BK-12881** |



FILED

NOV 04 2020

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

☐ Check if this is an
amended filing

## Official Form 206Sum

### Summary of Assets and Liabilities for Non-Individuals          12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets—Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................   $ 37,500,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ...............................................................................   $ 27,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................................   $ 37,527,000.00

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ..............   $ 3,921,277.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .........................................   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ....................   + $ 1,430,378.00

4. **Total liabilities** ...................................................................................................................   $ 5,331,655.00
   Lines 2 + 3a + 3b

EXHIBIT "C"          015

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    NONE

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    NONE

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    NONE

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    NONE

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Irvine_____, California

_____
Signature of Debtor 1

Date: ___11/03/2020_____

_____
Signature of Debtor 2

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

EXHIBIT "C"

016

## STONEWOOD HOMES, LLC

### RESOLUTION RE BANKRUPTCY PROTECTION

Jodi DiTolla, 100% Interest-holder and Managing Member of Stonewood Homes, LLC ("the Company"), hereby resolves as follows:

WHEREAS, due to the constraints in obtaining financing due to COVID-19;

WHEREAS, the Company has been unable to make interest payments on mortgage loans regarding its residential real estate assets and/or pay its vendors;

WHEREAS, the Company is insolvent yet believes it can overcome said insolvency by completing construction on its real property;

NOW, THEREFORE, in consideration of the foregoing recitals in accordance with the Company's Operating Agreement, the relevant California Corporations Code statutes, and by unanimous vote of the Company's membership interests, the Company hereby resolves that:

1. Stonewood Homes, LLC shall file for bankruptcy protection under Chapter 11 with the intent of:

    a. Obtaining financing to complete the construction of 1700 E. Ocean Blvd., Newport Beach, California thereby increasing its fair market value;

    b. Refinancing the existing loan held by FAY Servicing while requesting court assistance regarding overcharges in interest and other bad faith conduct regarding its loan extension/deferment evaluation procedures;

    c. Presenting a plan to pay all creditors over the next three years or less based on the success of the foregoing and the timing of a sale of said real property.

2. The Company shall engage the services of William J. King, Esq. in the filing of the Petition, the submission of all required documents, and representation at all hearings related thereto. The Company approves a $10,000.00 retainer to be paid upon approval by the Court as recommended by Mr. King.

DATED: October 13, 2020

By: _____
Jodi DiTolla, Managing Member

1

EXHIBIT "C" 017

## EQUITY SECURITY HOLDERS LIST

Jodi DiTolla
12 Larchwood
Irvine, CA 92602

Case 8:20-bk-12881-ES    Doc 24    Filed 11/04/20    Entered 11/04/20 15:37:02    Desc
Main Document    Page 5 of 13

---

**Fill in this information to identify the case:**

Debtor name __STONEWOOD HOMES, LLC__

United States Bankruptcy Court for the: __CENTRAL__    District of __CA__
                                                                      (State)

Case number (If known) __8:20-bk-12881__

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Creditor's name**<br>Civic Financial Services | Describe debtor's property that is subject to a lien<br>1700 E. Ocean Blvd.<br><br>Newport Beach, CA 92661 | $ 2,930,199.06 | $ 3,750,000.00 |

**2.1** Creditor's name
Civic Financial Services

Creditor's mailing address
2015 Manhattan Beach Blvd.
Redondo Beach, CA 90278

Creditor's email address, if known
thomas.french@civicfs.com

Date debt was incurred  08/13/2019
Last 4 digits of account number  3 6 4 5

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
   1. OC Tax Collector; 2. Civic Fin Svcs
   3. FCI Lender Svcs; 4. All Seasons

Describe debtor's property that is subject to a lien
1700 E. Ocean Blvd.

Newport Beach, CA 92661

Describe the lien
Deed of Trust

Is the creditor an Insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**2.2** Creditor's name
FCI Lender Services, Inc.

Creditor's mailing address
P.O. Box 27378
Anaheim, CA 92809-0112

Creditor's email address, if known
sandy@mortgagevintage.com

Date debt was incurred  09/01/2019
Last 4 digits of account number  6 4 7 8

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes. The relative priority of creditors is specified on lines 2.1, above

Describe debtor's property that is subject to a lien
1700 E. Ocean Blvd.

Newport Beach, CA 92661

Describe the lien
Deed of Trust

Is the creditor an Insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

$ 920,000.00        $ 3,750,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 3,921,277.00

EXHIBIT "C"        019

Case 8:20-bk-12881-ES   Doc 24   Filed 11/04/20   Entered 11/04/20 15:37:02   Desc
Debtor  STONEWOOD HOMES, LLC  Main Document    Page 6 of 13 Case number (if known) 8:20-bk-12881
_____Name_____

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__ Creditor's name**
Orange County Tax Collector

**Describe debtor's property that is subject to a lien**
1700 E. Ocean Blvd.

Newport Beach, CA 92661                              $    67,217.24    $ 3,750,000.00

**Creditor's mailing address**
P.O. Box 1438
Santa Ana, CA 92702-1438

**Describe the lien**
Property Tax Lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Date debt was incurred** 2019-2020
**Last 4 digits of account number** 2 2 0 1

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. The relative priority of creditors is specified on lines 2.1 above

---

**2.__ Creditor's name**
All Seasons Insulation

**Describe debtor's property that is subject to a lien**
1700 E. Ocean Blvd.

Newport Beach, CA 92661                              $    3,861.00    $ 3,750,000.00

**Creditor's mailing address**

636 South "T" St.
San Bernardino, CA 92410

**Describe the lien**
Subcontractor Mechanic's Lien

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.
　_____
　_____
　_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

☑ Yes. The relative priority of creditors is specified on lines 2.1 above

Official Form 206D       Additional Page of Schedule D: Creditors Who Have Claims Secured by Property       page 2 of 3

EXHIBIT "C"

020

Debtor   STONEWOOD HOMES, LLC                                Case number (if known)  8:20-bk-12881
_____Name_____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Fay Servicing, LLC<br>8001 Woodland Center Blvd., Ste. 150<br>Tampa, FL 33614 | Line 2. 1 | 3 6 4 5 |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    STONEWOOD HOMES, LLC

United States Bankruptcy Court for the:   CENTRAL    District of CA
                                              (State)

Case number   8:20-bk-12881
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $_____ | $_____ |

**2.1** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____  Priority amount $_____

---

**2.2** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (qqqqq)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____  Priority amount $_____

---

**2.3** Priority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____  Priority amount $_____

EXHIBIT C    022

Case 8:20-bk-12881-ES    Doc 24    Filed 11/04/20    Entered 11/04/20 15:37:02    Desc
Main Document    Page 9 of 13

Debtor  STONEWOOD HOMES, LLC                    Case number (if known)  8:20-bk-12881
        Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**
Nonpriority creditor's name and mailing address

Dale's Plumbing

4262 Warwick Ct.

Hemet, CA 92544

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor Svcs

$                48,240.00

Date or dates debt was incurred    12/30/2019
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**
Nonpriority creditor's name and mailing address

John Shetron

316 Carnation

Corona Del Mar, CA 92625

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured Loan

$               562,342.00

Date or dates debt was incurred    10/01/2019
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**
Nonpriority creditor's name and mailing address

Barry Sherer

1980 E. 16th St., P103

Newport Beach, CA 92663

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  General Contracting

$                54,250.00

Date or dates debt was incurred    1/1/20-10/1/20
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**
Nonpriority creditor's name and mailing address

Air Max, Inc.

27260 Los Altos, #123

Mission Viejo, CA 92691

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor Svcs

$                52,143.00

Date or dates debt was incurred    12/30/2019
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.5**
Nonpriority creditor's name and mailing address

Advanced Kitchen and Glass

8681 Katella Ave., #969

Stanton, CA 90680

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Supply/Subcontract

$                41,240.00

Date or dates debt was incurred    06/30/2020
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**
Nonpriority creditor's name and mailing address

Integrity Kitchen Designs

2048 W. Broadway

Anaheim, CA 92804

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Subcontractor Svcs

$                52,163.00

Date or dates debt was incurred    03/31/2020
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

EXHIBIT C

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page __ of __

023

| Debtor | STONEWOOD HOMES, LLC | Case number (if known) 8:20-bk-12881 |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

3.___ **Nonpriority creditor's name and mailing address**

Jodi DiTolla

22 Larchwood

Irvine, CA 92602

**Date or dates debt was incurred**     08/01/2019

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**   Loan

**Is the claim subject to offset?**
☑ No
☐ Yes

$   620,000.00

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$   _____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$   _____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$   _____

---

3.___ **Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**     _____

**Last 4 digits of account number**     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$   _____

---

0243

EXHIBIT C

Case 8:20-bk-12881-ES    Doc 24    Filed 11/04/20    Entered 11/04/20 15:37:02    Desc
Debtor    STONEWOOD HOMES, LLC Main Document       Page 11 of 13    Case number (if known)    8:20-bk-12881
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1.  *NONE* | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |

EXHIBIT "C"

025

Case 8:20-bk-12881-ES   Doc 24   Filed 11/04/20   Entered 11/04/20 15:37:02   Desc
Main Document      Page 12 of 13

Debtor _____STONEWOOD HOMES, LLC_____          Case number (if known)___8:20-bk-12881___
              Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. Total claims from Part 1          5a.   $_____ 0.00

5b. Total claims from Part 2          5b.  +  $_____ 1,430,378.00

5c. Total of Parts 1 and 2            5c.   $_____ 1,430,378.00
    Lines 5a + 5b = 5c.

EXHIBIT C

Fill in this information to identify the case and this filing:

Debtor Name   STONEWOOD HOMES, LLC

United States Bankruptcy Court for the:   CENTRAL                District of   CA
                                                                              (State)

Case number (if known):   8:20-BK-12881

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended Schedule ____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑  Other document that requires a declaration   *EQUITY SECURITY HOLDERS LIST*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/03/2020                x _____
                 MM / DD / YYYY                Signature of individual signing on behalf of debtor

                                        Jodi DiTolla
                                        Printed name

                                        Managing Member
                                        Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors

# EXHIBIT "C"                                                                027

EXHIBIT D

**FILED**

**NOV 03 2020**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                  Deputy Clerk

Fill in this information to identify the case:

Debtor name  *STONEWOOD HOMES, LLC*

United States Bankruptcy Court for the:  *CENTRAL*  District of  *CA*
(State)

Case number (if known):  *8:20-bk-12881  ES*

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

2. **Cash on hand**                                                                 $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   | --- | --- | --- | --- |
   | 3.1. Chase Bank | Checking | 8  3  8  8 | $ 1175.22 |
   | 3.2. | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | 4.1. _____ | $_____ |
   | 4.2. _____ | $_____ |

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 1175.22

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1. _____ | $_____ |
   | 7.2. _____ | $_____ |

EXHIBIT "D"                    028

Case 8:20-bk-12881-ES   Doc 22   Filed 11/03/20   Entered 11/03/20 15:47:45   Desc

Debtor _Stonewood Homes, LLC_   Main Document   Page 2 of 29   Case number _(if known)_ _8:20-bk-12881_
Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1.  Cumbre Insurance Services LLC ........................................................................... $ 2,673.00

8.2.  _____ $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                              $ 2,673.00

---

| **Part 3:** | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:  _____ – _____ = ....... → $ _____
                          face amount      doubtful or uncollectible accounts

11b. Over 90 days old:  _____ – _____ = ....... → $ _____
                        face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.           $ _____

---

| **Part 4:** | **Investments** |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

Valuation method used for current value | Current value of debtor's interest

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____  _____  $ _____

14.2. _____  _____  $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                         % of ownership:

15.1. _____  _____ %  _____  $ _____

15.2. _____  _____ %  _____  $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____  _____  $ _____

16.2. _____  _____  $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                          $ _____

---

EXHIBIT "D"                                                     029

Case 8:20-bk-12881-ES   Doc 22   Filed 11/03/20   Entered 11/03/20 15:47:45   Desc

Debtor   *STONEGOOD HOMES* Main Document    Page 3 of 28   Case number *(if known)* _8:20-bk-12881_

---

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | ___ / ___ / ____ MM /DD/YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | ___ / ___ / ____ MM /DD/YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / ____ MM /DD/YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | ___ / ___ / ____ MM /DD/YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | | $_____ |

EXHIBIT "D"        030

Debtor _STONEWOOD HOME_ Name _____    Case number (if known)___ _8:20-bk-12881_

---

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

    　　☐ No

    　　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

EXHIBIT "D"    031

Debtor _STONEWOOD HOMES_   Case number (if known) _8:20-bk-12881_
    Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of | Valuation method used | Current value of |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | debtor's interest (Where available) | for current value | debtor's interest |

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2020 Land Rover Velar | $_____ | _____ | $ 27,000 |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 27,000

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

EXHIBIT "D"                    032

Debtor _STONEWOOD HOMES_ _____   Case number (if known) _8:20-bk-12881_
                  Name

| **Part 9:** | **Real property** |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 1700 E. Ocean Blvd, Newport Beach | $2,010,000 | $_____ | Appraisal | $ 5,500,000 |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 5,500,000

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** Patents, copyrights, trademarks, and trade secrets | | $_____ | _____ | $_____ |
| **61.** Internet domain names and websites | | $_____ | _____ | $_____ |
| **62.** Licenses, franchises, and royalties | | $_____ | _____ | $_____ |
| **63.** Customer lists, mailing lists, or other compilations | | $_____ | _____ | $_____ |
| **64.** Other intangibles, or intellectual property | | $_____ | _____ | $_____ |
| **65.** Goodwill     Reputation, contacts with developers and real estate brokers | | $_____ | | $ 20,000 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 20,000

EXHIBIT "D"

033

Debtor    *STUNEWOOD HOME* ~~~~    Case number *(if known)* 8-20-bk-12881
          Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|--|

71. **Notes receivable**
Description (include name of obligor)

_____    _____  –  _____  = →  $_____
                           Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____  $_____
_____    Tax year _____  $_____
_____    Tax year _____  $_____

73. **Interests in insurance policies or annuities**
$_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
$_____

Nature of claim    _____
Amount requested   $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
$_____

Nature of claim    _____
Amount requested   $_____

76. **Trusts, equitable or future interests in property**
$_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
$_____
$_____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.
$_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

EXHIBIT D

034

Debtor _STONEWOOD HOMES_    Case number (if known) _8:20-bk-12881_
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $ 1,175.22 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $ 2,673 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $ 0 | |
| 83. Investments. *Copy line 17, Part 4.* | $ 0 | |
| 84. Inventory. *Copy line 23, Part 5.* | $ 0 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $ 0 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $ 0 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $ 27,000 | |
| 88. Real property. *Copy line 56, Part 9.* ........→ | | $ 5,500,000 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $ 20,000 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $ 0 | |
| 91. Total. Add lines 80 through 90 for each column. ...........91a. | $ 50,848.22 | + 91b. $ 5,500,000 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. ...........................................    $ 5,550,848.22

EXHIBIT "D"

035

**Fill in this information to identify the case:**

Debtor name   STONEWOOD HOMES, LLC

United States Bankruptcy Court for the: CENTRAL      District of CA
(State)

Case number (If known):   8:20–BK–12881      Chapter   11

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**     State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

EXHIBIT "D"        036

**Fill in this information to identify the case:**

Debtor name    STONEWOOD HOMES, LLC

United States Bankruptcy Court for the:    CENTRAL    District of    CA
                                                              (State)

Case number (If known):    8:20-BK-12881

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                        Schedule H: Codebtors                        page 1 of 1

EXHIBIT "D"

**Fill in this information to identify the case and this filing:**

Debtor Name   STONEWOOD HOMES, LLC

United States Bankruptcy Court for the:   CENTRAL _____ District of   CA ____
                                                                    (State)

Case number (If known):   8:20-BK-12881 _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☑   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☑   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☑   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☑   *Schedule H: Codebtors (Official Form 206H)*

☑   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐   *Amended Schedule* ____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☑   Other document that requires a declaration   *FORM 207*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/28/2020                 x _____
                MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                         Jodi DiTolla
                                         Printed name

                                         Managing Member
                                         Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors



EXHIBIT "D"                                    038

| Fill in this information to identify the case: |
| --- |
| Debtor name __STONEWOOD HOMES, LLC__ |
| United States Bankruptcy Court for the: __CENTRAL__    District of __CA__ |
| _____(State) |
| Case number (if known): __8:20-BK-12881__ |

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

**1.  Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**    From _____ to    Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For prior year:**    From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For the year before that:**    From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**    From _____ to    Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:**    From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
| **For the year before that:**    From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

EXHIBIT "D"    039

Case 8:20-bk-12881-ES   Doc 22   Filed 11/03/20   Entered 11/03/20 15:47:45   Desc
Main Document     Page 13 of 28

Debtor ___STONEWOOD HOMES, LLC_____     Case number (if known) _8:20-BK-12881_____
             Name

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. | | $_____ | |
| Creditor's name | | | ❑ Secured debt |
| | | | ❑ Unsecured loan repayments |
| Street | | | ❑ Suppliers or vendors |
| | | | ❑ Services |
| City            State       ZIP Code | | | ❑ Other _____ |
| 3.2. | | $_____ | |
| Creditor's name | | | ❑ Secured debt |
| | | | ❑ Unsecured loan repayments |
| Street | | | ❑ Suppliers or vendors |
| | | | ❑ Services |
| City            State       ZIP Code | | | ❑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. | | $_____ | |
| Insider's name | | | _____ |
| Street | | | _____ |
| City            State       ZIP Code | | | _____ |
| Relationship to debtor | | | |
| 4.2. | | $_____ | |
| Insider's name | | | _____ |
| Street | | | _____ |
| City            State       ZIP Code | | | _____ |
| Relationship to debtor | | | |

EXHIBIT "D"                     040

Debtor   STONEWOOD HOMES, LLC                                          Case number (if known)  8:20-BK-12881
_____Name_____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | | | | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State     ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | Street | ☐ Concluded |
| | | | City          State     ZIP Code | |

---

EXHIBIT "D"                                              041

Debtor    STONEWOOD HOMES, LLC _____    Case number (if known) 8:20-BK-12881 _____
                  Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | Case title | Court name and address |
| Street | | |
| | Case number | Name |
| City          State      ZIP Code | | Street |
| | Date of order or assignment | City      State      ZIP Code |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | $_____ |
| 9.1. Recipient's name | | | |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| | | | $_____ |
| 9.2. Recipient's name | | | |
| Street | | | |
| City          State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | $_____ |

---

# EXHIBIT "D"                                                    042

Case 8:20-bk-12881-ES    Doc 22    Filed 11/03/20    Entered 11/03/20 15:47:45    Desc
Main Document    Page 16 of 28

Debtor    STONEWOOD HOMES, LLC
_____    Case number (if known)  8:20-BK-12881
Name

---

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | _____ <br> _____ | _____ | $_____ |
|  | **Address** _____ <br> Street |  |  |  |
|  | _____ <br> City          State      ZIP Code |  |  |  |
|  | **Email or website address** _____ |  |  |  |
|  | **Who made the payment, if not debtor?** _____ |  |  |  |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ <br> _____ | _____ | $_____ |
|  | **Address** _____ <br> Street |  |  |  |
|  | _____ <br> City          State      ZIP Code |  |  |  |
|  | **Email or website address** _____ |  |  |  |
|  | **Who made the payment, if not debtor?** _____ |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

|  | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
|  | _____ | _____ | _____ | $_____ |
|  | **Trustee** | _____ |  |  |

---

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 5

EXHIBIT "D"                                043

Debtor    STONEWOOD HOMES, LLC                                    Case number (if known)  8:20-BK-12881
_____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1.  _____    _____    _____    $_____

     **Address**

     _____
     Street

     _____
     City     State     ZIP Code

     **Relationship to debtor**

     _____

     **Who received transfer?**    _____    _____    $_____

13.2.  _____

     **Address**

     _____
     Street

     _____
     City     State     ZIP Code

     **Relationship to debtor**

     _____

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|

14.1.  _____    From _____  To _____
     Street

     _____
     City     State     ZIP Code

14.2.  _____    From _____  To _____
     Street

     _____
     City     State     ZIP Code

EXHIBIT "D"                                    044

Debtor    STONEWOOD HOMES, LLC                                    Case number (if known)  8:20-BK-12881
          Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City      State      ZIP Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____ | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City      State      ZIP Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____ | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ☐ No

   ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | _____ | EIN: __ __ – __ __ __ __ __ __ __ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 7

# EXHIBIT "D"                                                    045

Case 8:20-bk-12881-ES    Doc 22    Filed 11/03/20    Entered 11/03/20 15:47:45    Desc
Main Document    Page 19 of 28

Debtor    STONEWOOD HOMES, LLC    Case number (if known)    8:20-BK-12881
_____
Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank**<br>Name<br>**Portola Parkway**<br>Street<br><br>**Irvine, CA 92602**<br>City    State    ZIP Code | XXXX–8713 __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 06-03-2020 | $ -272.15 |
| 18.2. | Name<br><br>Street<br><br>City    State    ZIP Code | XXXX–__ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City    State    ZIP Code | _____<br>Address | m _____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City    State    ZIP Code | _____<br>Address | _____ | ☐ No<br>☐ Yes |

EXHIBIT "D"    046

Case 8:20-bk-12881-ES    Doc 22    Filed 11/03/20   Entered 11/03/20 15:47:45   Desc
Main Document    Page 20 of 28

Debtor    STONEWOOD HOMES, LLC
_____    Case number (if known)  8:20-BK-12881  _____
        Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | _____ | _____ | |
| Street | _____ | _____ | |
| City          State          ZIP Code | | | |

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

EXHIBIT "D"          047

Debtor    STONEWOOD HOMES, LLC _____    Case number (if known)    8:20-BK-12881 _____
      Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **Stonewood Luxury Homes**<br>Name<br>**22 Larchwood**<br>Street<br><br>**Irvine, CA 92602**<br>City        State    ZIP Code | Residential Development | EIN: 8 2 3536258 __ __ __ __ __<br><br>Dates business existed<br><br>From 11-29-17  To  Present |
| 25.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State    ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>Dates business existed<br><br>From _____  To _____ |
| 25.3. | _____<br>Name<br>_____<br>Street<br>_____<br>City        State    ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>Dates business existed<br><br>From _____  To _____ |

---

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 10

Debtor    STONEWOOD HOMES, LLC _____      Case number (if known) 8:20-BK-12881 _____
          Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____ | From _____  To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City                State        ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____ | From _____  To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City                State        ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____ | From _____  To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City                State        ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____ | From _____  To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| City                State        ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____ | _____ |
| Name | _____ |
| _____ | _____ |
| Street | |
| _____ | |
| City                State        ZIP Code | |

EXHIBIT "D"                    049

Debtor    STONEWOOD HOMES, LLC _____     Case number (if known) 8:20-BK-12881 _____
          Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name | _____ |
| | Street | _____ |
| | City                State        ZIP Code | _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

26d.1.  Name _____

Street _____

City                State        ZIP Code

**Name and address**

26d.2.  Name _____

Street _____

City                State        ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each Inventory |
|---|---|---|
| _____ | _____ | $ _____ |

**Name and address of the person who has possession of Inventory records**

27.1.  Name _____

Street _____

City                State        ZIP Code

EXHIBIT "D"                    050

Debtor    STONEWOOD HOMES, LLC                                      Case number (if known)  8:20-BK-12881
          Name

| Name of the person who supervised the taking of the Inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2. _____
      Name

      _____
      Street

      _____
      City                          State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jodi DiTolla | 22 Larchwood, Irvine, CA 92602 | Owner/Managing Memb | 100 |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | _____ |
| _____ Street | | _____ | |
| _____ City        State    ZIP Code | | _____ | |
| Relationship to debtor _____ | | _____ | |

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 13

EXHIBIT "D"                                                                051

Debtor   STONEWOOD HOMES, LLC _____   Case number (if known)   8:20-BK-12881 _____
          Name

---

**Name and address of recipient**

30.2
       Name _____

       Street _____

       City _____ State _____ ZIP Code _____

       **Relationship to debtor**

       _____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

    **Name of the parent corporation**        **Employer Identification number of the parent corporation**

_____    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

    **Name of the pension fund**        **Employer Identification number of the pension fund**

_____    EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

---

**Part 14:   Signature and Declaration**

WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/28/2020
              MM / DD / YYYY

x _____/s/ Jodi DiTolla_____   Printed name   Jodi DiTolla _____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor   Managing Member _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

---

EXHIBIT "D"                                    052

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

**In re**   STONEWOOD HOMES, LLC

Case No. 8:20-bk-12881

**Debtor**

Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    10,000.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $    0

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $    10000

2. The source of the compensation paid to me was:

   ☐ Debtor        ☑ Other (specify)      No Payment Received yet.

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

EXHIBIT "D"                                         053

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

*None*

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

10/28/2020
_____
*Date*

_____
*Signature of Attorney*

The WJK Law Firm, PC
_____
*Name of law firm*

---

EXHIBIT "D"        054

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William J. King, Esq.<br>The WJK Law Firm, PC<br>515 California Ave., Ste. 100<br>Irvine, CA 92617<br>844-487-8784<br>wking@wjklawfirm.com | |

☐ Debtor(s) appearing without attorney
☒ Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>STONEWOOD HOMES, LLC | CASE NO.: 8:20-BK-12881<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _2_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __10/28/2020__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: __10/28/2020__

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*

F 1007-1.MAILING.LIST.VERIFICATION

EXHIBIT "D"

055

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
OFFICE OF THE U.S. TRUSTEE, 411 West 4th St., #7160 Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled *Notice of Motion and Motion by United States Trustee's Motion to Dismiss or Convert Case To One Under Chapter 7 Pursuant to 11 U.S.C. Section 1112(b); Declarations of Marilyn S. Sorenson and Alika Shover in Support thereof; Points and Authorities* will be served in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **NOVEMBER 10, 2020,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated

- Frank Cadigan    frank.cadigan@usdoj.gov
- Greg P Campbell    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- Seth P Cox    scox@wedgewood-inc.com, dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com
- Martin W. Phillips    marty.phillips@att.net
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**2.  I SERVED BY UNITED STATES MAIL**:  On **NOVEMBER 10, 2020,** I will be served on the persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed

**Stonewood Homes LLC**
Attention: Jodi DiTolla
22 Larchwood
Irvine, CA 92602

**William J King**
The WJK Law Firm, PC
5151 California Ave Ste 100
Irvine, CA 92617

**3.  I SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR**  (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **NOVEMBER 10, 2020,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

| NOVEMBER 10, 2020 | TARI KING | /s/ TARI KING |
|---|---|---|
| DATE | PRINTED NAME | SIGNATURE |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

PETER C. ANDERSON
UNITED STATES TRUSTEE
Frank M. Cadigan (Bar No. 095666)
Assistant U.S. Trustee
Ronald Reagan Federal Building &
        United States Courthouse
411 West Fourth Street, Suite 7160
Santa Ana, CA  92701-8000
Tel: 714-338-3400
Fax: 714-338-3421
Frank.Cadigan@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

IN RE:

STONEWOOD HOMES, LLC




                Debtor.

CASE NUMBER:  **8:20-bk-12881 ES**

CHAPTER 11

NOTICE OF HEARING

TO THE CREDITORS AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that the following hearing will be held on **DECEMBER 17, 2020 at 10:30 a.m.**

*Notice of Motion and Motion by the United States Trustee to Dismiss or Convert Case to Chapter 7 Pursuant to 11 U.S.C. Section 1112(b); Declarations of Marilyn S. Sorensen and Alika Shover in Support Thereof Points and Authorities*

**And because of the COVID-19 pandemic, the Court will conduct the hearing using ZoomGov audio and video technology. Information on how to participate in the hearing using ZoomGov is provided below.**

1.  Hearing participants and members of the public may participate in and/or observe the hearing using ZoomGov, free of charge using the following information:

- **Video/audio web address:**
  https://cacb.zoomgov.com/j/1619221797
- **ZoomGov meeting number:** 161 922 1797
- **Password: 111275**

- **Telephone conference lines:** 1 (669) 254 5252 or 1 (646) 828 7666

2. For more information on appearing before Judge Smith by ZoomGov, please see the "Notice of Video and Telephonic Appearance Procedures for Judge Erithe A. Smith's Cases" on the Court's website at: https://www.cacb.uscourts.gov/judges/honorable-erithe-smith under the "Telephonic Instructions" section.

Objections, if any, to the above shall be in writing and filed with the Court and served upon the court party named in the upper left-hand corner of this notice at least fourteen (14) days prior to the hearing date.  See Local Bankruptcy Rule 9013-1(f)&(h)

DATED:  11/12/20                              KATHLEEN J. CAMPBELL
                                             Clerk of Court